IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN SILVA,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCADO FOOD ENTERPRISE, INC,<br><br>    Defendant. | Case No.: 1:10-cv-02368 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 37) |

On February 17, 2012, the parties filed a notice in which they reported to the Court that the matter has been settled. (Doc. 37) They indicate that they are finalizing the settlement documents currently and anticipate that a request for dismissal will be filed shortly. Id. Pursuant to this Court's Local Rule 160, this Court ORDERS:

1. No later than March 16, 2012, the parties SHALL file a stipulated request for dismissal;

2. All pending dates, including the trial date, are **VACATED.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rules 110, 160.

IT IS SO ORDERED.

Dated:   **February 21, 2012**                              /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE