1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    EASTERN DISTRICT OF CALIFORNIA
10
11   AUGUSTIN SILVA,                          )   Case No.: 1: 10-CV-02368 - AWI - JLT
                                              )
     Plaintiff(s),                            )   ORDER TO SHOW CAUSE WHY
12                                            )   DISMISSAL SHOULD NOT BE ENTERED
                                              )   AND/OR OTHER SANCTIONS NOT BE
13   v.                                       )   IMPOSED
                                              )
14   MERCADO FOOD ENTERPRISES, INC.,          )
                                              )   (Doc. 38)
15   Defendant.                               )
     _____)
16

17        On February 17, 2012, the parties reported to the Court that the matter had settled.  (Doc.

18   37).  The parties indicated they were finalizing the settlement documents and anticipated that a

19   request for dismissal would be filed shortly.  (Id.)  On February 21, 2012, this Court instructed

20   the parties to file a stipulated request for dismissal by March 16, 2012.  (Doc. 38).  The parties

21   have yet to file the dismissal as ordered.

22        Accordingly, it is HEREBY ORDERED that within 5 days of the date of service of this

23   order, the parties are to show cause why the matter should not be dismissed and/or why sanctions

24   should not be imposed for failure to comply with the Court's order.

25   IT IS SO ORDERED.

26   Dated:   **March 19, 2012**              _____
                                                    **/s/ Jennifer L. Thurston**
27                                            UNITED STATES MAGISTRATE JUDGE

28