# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN SILVA, | Case No.: 1: 10-CV-02368 - AWI - JLT |
| Plaintiff(s), | ORDER TO SHOW CAUSE WHY DISMISSAL SHOULD NOT BE ENTERED AND/OR OTHER SANCTIONS NOT BE IMPOSED |
| v. | |
| MERCADO FOOD ENTERPRISES, INC., | |
| Defendant. | (Doc. 38) |

On February 17, 2012, the parties reported to the Court that the matter had settled.  (Doc. 37).  The parties indicated they were finalizing the settlement documents and anticipated that a request for dismissal would be filed shortly.  (Id.)  On February 21, 2012, this Court instructed the parties to file a stipulated request for dismissal by March 16, 2012.  (Doc. 38).  The parties have yet to file the dismissal as ordered.

Accordingly, it is HEREBY ORDERED that within 5 days of the date of service of this order, the parties are to show cause why the matter should not be dismissed and/or why sanctions should not be imposed for failure to comply with the Court's order.

IT IS SO ORDERED.

Dated:   **March 19, 2012**            **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE